IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00109 |
| | ) | Mag. Judge: R. MERRIWEATHER |
| | ) | |
| SUZANNE IANNI | ) | |

**Motion for admission of attorney C. HENRY FASOLDT *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant SUZANNE IANNI moves for the admission and appearance of attorney C. Henry Fasoldt *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Fasoldt , filed herewith.  As set forth in Mr. Fasoldt's declaration, he is admitted and an active member in good standing in the following courts and bars:

1. Commonwealth of Massachusetts;

2. United States District Court, District of Massachusetts; and

3. United States Court of Appeals, First Circuit.

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 26$^{tht}$ day of January, 2021 a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

                                                  /S/
                                         Kira Anne West

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           )
                                                    )

|  |  |  |
|---|---|---|
| v. | ) | CRIMINAL NO. 21-mj-00109 |
|  | ) | Mag. Judge: R. MERRIWEATHER |
|  | ) |  |
| SUZANNE IANNI | ) |  |

**ORDER**

Pending before the Court is the motion of defendant Suzanne Ianni seeking admission of her attorney, C. Henry Fasoldt for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Fasoldt's *pro hac vice* admission to this Court.

SO ORDERED this _____ day of January, 2021.

_____
Robin M. Merriweather
United States Magistrate Judge