UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-MJ-00109(RMM) |
| | ) | |
| | ) | |
| SUZANNE IANNI | ) | |

**DECLARATION OF C. HENRY FASOLDT IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** 

I, C. HENRY FASOLDT, hereby declare;

1. My name, office address, and telephone number are as follows:

   185 Devonshire Street
   Suite 302
   Boston, MA 02110
   (617) 338-0009

2. I have been admitted to the following courts and bars:

   Commonwealth of Massachusetts
   United States District Court, District of Massachusetts
   United States Court of Appeals for the First Circuit

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted pro hac vice in this Court, in the last two years, or otherwise.

5. I do not have an office located within the District of Columbia

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 26, 2021          */s/ Henry Fasoldt*
                                C. HENRY FASOLDT

1