IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00109 |
| | ) | Mag. Judge: R. MERIWEATHER |
| SUZANNE IANNI | ) | |

**ORDER**

Pending before the Court is the motion of defendant Suzanne Ianni seeking admission of her attorney, C. Henry Fasoldt for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Fasoldt's *pro hac vice* admission to this Court.

SO ORDERED this 28th day of January, 2021.

_____
G. Michael Harvey
United States Magistrate Judge