UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00109-RMM |
| | ) | |
| SUZANNE IANNI, | ) | |
|     Defendant | ) | |

## NOTICE OF APPEARANCE

Now comes attorney Henry Fasoldt, the undersigned, pursuant to LCrR 44.5(a), and hereby enters his appearance *pro hac vice* on behalf of the defendant, Suzanne Ianni, in the above captioned matter.

The Court, on January 28, 2021, granted local counsel's Motion for Leave to Appear Pro Hac Vice. (Doc. #6)

Date: January 29, 2021

        Respectfully submitted,
        SUZANNE IANNI,
        By her attorney,

        /s/ *Henry Fasoldt*
        C. Henry Fasoldt, BBO# 667422
        185 Devonshire Street, Ste. 302
        Boston, MA 02110
        henry@bostondefenselaw.com
        617-338-0009 – office

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, January 29, 2021.

        /s/ *Henry Fasoldt*