# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 21-mj- 109** |
| | : | |
| v. | : | |
| | : | |
| **SUZANNE IANNI** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America, through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant U.S. Attorney Brittany Keil is entering her appearance as counsel for the United States.

        Respectfully submitted,

        Channing D. Phillips
        Acting United States Attorney
        D.C. Bar No. 415793

By:    ___/s/ Brittany Keil_____
        Brittany Keil
        Assistant United States Attorney
        D.C. Bar No. 500054
        555 4th Street, NW
        Washington, D.C. 20530
        (202) 252-7763
        brittany.keil@usdoj.gov