UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00109 |
| | ) | |
| SUZANNE IANNI, | ) | |
|     Defendant | ) | |

## ORDER

Based upon the representations in the Joint Motion to Continue, and upon consideration of the entire record, it is hereby

ORDERED that the Joint Motion to Continue is GRANTED, and the hearing scheduled for April 1, 2021 is continued until May 28, 2021 at 1:00 p.m. before Magistrate Judge Robin M. Meriweather. It is

FURTHER ORDERED that the time between April 1, 2021 and May 28, 2021 is excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties with additional time to review the voluminous amount of discovery involved in this case.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE